JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TASTE OF NATURE, INC.,<br>    Plaintiff,<br><br>    v.<br><br>DOUGHP, INC.,<br>    Defendant. | CV 23-280 DSF (MAAx)<br><br>JUDGMENT |

The Court issued a Notice on March 30, 2023, and an Order to Show Cause on April 19, 2023, regarding Plaintiff's failure to file an AO-120 and/or AO-121 relating to copyright, trademark, and patent reporting requirements.  Plaintiff did not respond by April 26, 2023, as ordered by the Court.  Therefore,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing and that the action be dismissed without prejudice.

Date:  May 1, 2023

_Dale S. Fischer_
Dale S. Fischer
United States District Judge